# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| AUNDRA D. HOLMES | Case No. | 4:13CR40013-001 |
|---|---|---|
| | USM No. | 11713-010 |

Bruce D. Eddy
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Mandatory Conditions listed below.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition - Shall Not Commit Federal, State, or Local Crime | May 6, 2017 |
| Two | Mandatory Condition - Shall Not Commit Federal, State, or Local Crime | August 15, 2017 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   3432

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Texarkana, Arkansas

October 2, 2018
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, U.S. District Judge
Name and Title of Judge

October 4, 2018
Date

DEFENDANT: AUNDRA D. HOLMES
CASE NUMBER: 4:13CR40013-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Fifteen (15) months, to be served consecutively to the term of imprisonment imposed in 4:17CR40011-001, to run concurrently with any state term imposed in Miller County Circuit Court Docket No. CR-2017-421, pursuant to USSG 5G1.3(c); no term of supervised release to follow. ***

*A term of supervised release was imposed in docket 4:17CR40011-001.

☒ The court makes the following recommendations to the Bureau of Prisons:
Confinement at Texarkana FCI.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL